IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02351-GPG

BRANDON SCOTT MOORE,

    Applicant,

v.

RANDY LIND, and

CYNTHIA KAUFMAN, the Attorney General of the State of Colorado,

    Respondents.

---

ORDER FOR STATE COURT RECORD

---

After preliminary consideration of the application for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, it is

ORDERED that **within thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in ***People v. Moore, Mesa County District Court Case No. 07CR1198***, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims.  It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

    (1)    Clerk of the Court
            Mesa County District Court
            P.O. Box 20000-5030
            Grand Junction, Colorado  81502; and

(2)   Court Services Manager
      State Court Administrator's Office
      1300 Broadway
      Denver, Colorado  80203.

DATED February 28, 2016, at Denver, Colorado.

BY THE COURT:

Gordon P. Gallagher
United States Magistrate Judge